**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SANTOS OSCAR FUENTES-GRANADOS, § | | |
| #A026-946-149 and A074-696-933, § | | |
| Petitioner, § | | |
| § | | |
| v. § | 3:09-CV-1072-P | |
| § | | |
| JANET NAPOLITANO, et al., § | | |
| Respondents. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 5th day of October, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE